IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN KING,

      Plaintiff,

      v.

SUPERINTENDENT TINA WALKER, *et al.*,

      Defendants.

2:24-CV-00484-CCW

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 19, 2026, the Magistrate Judge issued a Report, ECF No. 153, recommending that the Court deny Plaintiff's Motions for preliminary injunctive relief, ECF Nos. 142, 148, 149. The Report further recommends denying Plaintiff's Motion to Submit Exhibits, ECF No. 150. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Motions for preliminary injunctive relief, ECF Nos. 142, 148, 149, are **DENIED**. It is further ordered that Plaintiff's Motion to Submit Exhibits, ECF No. 150, is **DENIED** as **MOOT**. The Magistrate Judge's Report and Recommendation, ECF No. 153, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 10th day of June, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

Shawn King
MM2246
SCI PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426