IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN KING,

      Plaintiff,

      v.

SUPERINTENDENT TINA WALKER, *et al.*,

      Defendants.

2:24-CV-00484-CCW

## **ORDER**

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 25, 2026, the Magistrate Judge issued a Report, ECF No. 152, recommending that the Court grant in part and deny in part certain Defendants' ("Moving Defendants") Motion to Dismiss for failure to state a claim, ECF No. 104.  The Report further recommends denying Mr. King's Motion for Spoilation Sanctions, ECF No. 118.  Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Moving Defendants' Motion to Dismiss, ECF No. 104, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Mr. King's § 1983 claims for money damages against all Corrections Defendants in their official capacities are dismissed with prejudice and without leave to amend;

2. Mr. King's claims against Defendants James Bright, Laurel Harry, Joseph Rusnak, and Sergeant Pearce are dismissed without prejudice and with leave to amend;

3. Mr. King's claims against Officer Holloway, Officer Regina, Officer Burkholder, and Officer Dix are dismissed without prejudice and with leave to amend;

4. Mr. King's claims against Superintendent Tina Walker, to the extent premised on supervisory liability, are dismissed without prejudice and with leave to amend;

5. The Motion to Dismiss Brittany Kimmel and Rhonda House for lack of personal involvement is denied;

6. Mr. King's First Amendment access-to-courts claims against Kristina Haluska, Sergeant DePasquale, Sandra Calloway, and Officer Holloway are dismissed without prejudice and with leave to amend.

7. The Motion to Dismiss Mr. King's First Amendment retaliation claims against Ms. Kimmel and Ms. House is denied.

8. Mr. King's First Amendment retaliation claims against Mr. Bright, Ms. Harry, Mr. Rusnak, and Sergeant Pearce are dismissed without prejudice and with leave to amend.

9. Mr. King's First Amendment retaliation claims against Officer Holloway, Officer Regina, Officer Burkholder, Officer Dix, Ms. Haluska, and Ms. Trafficante are dismissed without prejudice and with leave to amend.

10. Mr. King's Fourth Amendment claims against Sergeant DePasquale are dismissed with prejudice and without leave to amend.

11. Mr. King's Eighth Amendment conditions-of-confinement claims are dismissed without prejudice and with leave to amend.

12. Mr. King's Eighth Amendment failure-to-protect claims against Officer Dix, Officer Burkholder, Officer Regina, and unnamed Defendants are dismissed without prejudice and with leave to amend.

13. Mr. King's Fourteenth Amendment due process claims are dismissed with prejudice and with leave to amend.[1]

IT IS FURTHER ORDERED that Mr. King shall file any amended complaint by **June 26, 2026**. Any amended complaint may not include a claim that has been dismissed with prejudice.

IT IS FURTHER ORDERED that the Motion for Spoilation Sanctions, ECF No. 118, is **DENIED**. The Magistrate Judge's Report and Recommendation, ECF No. 152, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 10th day of June, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

---

[1] The Report appears to contain a discrepancy on this point. In the summary chart, the Report recommends that Mr. King's Fourteenth Amendment due process claims be dismissed with prejudice and without leave to amend. *See* ECF No. 152 at 6. In the body of the Report, however, the analysis recommends dismissal without prejudice and with leave to amend. *Id.* at 31. The Court adopts the latter recommendation and dismisses those claims without prejudice and with leave to amend.

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):


Shawn King
MM2246
SCI PHOENIX
1200 Mokychic Drive
Collegeville, PA 19426